# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER **13mj3470-WVG**
)
vs )  ABSTRACT OF ORDER
)
**MERLE FERGUSON** )  Booking No. **40622298**
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __11/1/13__

the Court entered the following order:

__X__ Defendant be released from custody. *immediately WG* ON GOV ORAL MOTION

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**WILLIAM V. GALLO**
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.    Clerk

L. VAHL
Deputy Clerk

Received _____
      DUSM

Crim-9 (Rev. 8-11)